

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2022

No. 04-21-00499-CR

Bryant **KENDRICK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-07-12941-CR
The Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on February 23, 2022. On February 22, 2022, appellant filed a motion for a sixty-day extension of time to file the brief on April 25, 2022. Appellant's motion is **GRANTED**. Appellant is **ORDERED** to file his brief no later than **April 25, 2022**.

The court does not ordinarily grant extensions of more than sixty days beyond the original due date. Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2022.



MICHAEL A. CRUZ, Clerk of Court